MINUTE ENTRY   PROCEEDINGS: MOTIONS IN LIMINE

Plaintiff was represented by Attorneys James Bickerton. Defendants were represented by Attorney Douglas Cushnie.

Attorneys Bickerton and Cushnie argued the motions:

1. To Preclude Testimony of David J. Lujan. Court, after hearing argument, denied the motion.

2. To Preclude Testimony and Statements Relating to a Lawsuit Filed by the CNMI Against Plaintiff Regarding Alleged Unauthorized Practice of Law. Court, after hearing argument, granted the motion.

3. To Preclude Testimony Relating to Bruce Jorgensen's Purported Inability to be Admitted Pro Hac Vice in the Commonwealth Courts During the Period from 1996 to 1999. Court, after hearing argument, denied the motion.

4. To Preclude Testimony or Argument that Plaintiff Would Have a Conflict of Interest If He Represented Both the Nonan Children and the Vietnamese Child Whom he and John Francis Perkin Ultimately Represented. Court, after hearing argument, granted the motion.

;   [KLL EOD 06/14/2001]