MINUTE ENTRY   PROCEEDINGS: JURY TRIAL - Day 1

Attorney James Bickerton was present with and on behalf of Plaintiff Bruce Lee Jorgensen.  Attorney Douglas Cushnie was present on behalf of and with Defendant Benjamin B. Cassiday, III.

Out of the presence of the potential jurors Court entertained matters regarding a joint statement to be read to the jurors.

At 9:30 a.m. 25 potential jurors were brought into the Courtroom.  Five prospective jurors were excused prior to selecting trial jurors in the case.  The five potential jurors that were excused prior to selecting trial jurors were 1) Attao, Vincent; 2) Maria Corazon Cepeda; 3) Justina Foster; 4) Divinia Ibarra; and 5) John G. Moore.

At 10:40 a.m. 8 regular jurors were empaneled: 1) Baza, Consuelo;  2) Kapileo, Jacinta;  3) Camacho, Frank;  4) Castro, Ramon; 5) Van Winkle, Steven;  6) Leon Guerrero, Jason;
7) Pangelinan, Sonya; and  8) Quitugua, Prudentiana.

Court recessed for a morning break at 10:45 a.m. and reconvened at 11:00 a.m.

Court gave an introduction to the trial.  Thereafter, plaintiff began opening statement at 11:10 a.m. and concluded at 11:35 a.m.  Defense began their opening statement at 11:36 a.m. and  concluded at 11:40 a.m.

Court recessed for lunch break at 11:40 a.m.  Jurors were admonished not to talk with anyone regarding the case.  Jurors were instructed to return to the Courtroom at 1:30 p.m.

Outside the presence of the jurors, Attorney Bickerton made a statement to the Court as to his inability to obtain certain documents that were ordered to be produced by the Court.

Court reconvened at 1:30 p.m.

Plaintiff called the following witnesses:

(1) RICHARD K. MIRIKITANI, ESQ., Honolulu, Hawaii.  DX - CX

(2) BRUCE LEE JORGENSEN, Plaintiff.  DX -

Court recessed at 2:55 p.m. and it reconvened at 3:20 p.m.  Ex. 23 admitted w/o objection.
Ex. 25 admitted w/o objection.  Ex. 30 admitted w/o objection. Ex. 53 admitted w/o objection. Ex. 54 admitted w/o objection. CX.

Court excused the jurors for the evening at 4:45 p.m. and jurors were admonished not to talk with anyone regarding the case.  Jurors were ordered to return to the Court at 9:00 a.m. to continue with the trial.

Outside the presence of the jurors, Court ordered counsel to meet and confer and prepare a complete set of jury instructions.
;    [KLL EOD 06/26/2001]