MINUTE ENTRY   PROCEEDINGS: JURY TRIAL - Day 4

Attorney James Bickerton was present with and on behalf of Plaintiff Bruce Lee Jorgensen.  Attorney Douglas Cushnie was present on behalf of and with Defendant Benjamin B. Cassiday. III.

Outside the presence of the jury Attorney Bickerton moved to have an extension of time  for review of the tapes due to a power outage that had occurred last night. There being no objection, Court so ordered.

At 9:05 jurors were brought into the Courtroom and Attorney Cushnie continued his CX of witness Cassiday.

Court recessed at 10:00 a.m. and reconvened at 10:40 a.m.

Attorney Cushnie requested that Tape #1 of the audio cassettes be played for the jurors.  Court so ordered.  Tape #1 and #2 were broadcasted to the jurors.

Court excused the jurors for the day at 12:10 p.m. and jurors were admonished not to talk with anyone regarding the case.  Jurors were ordered to return to the Court at 9:00 a.m. tomorrow to continue with the trial.

Discussion was had regarding continuing listening to the audio tapes.

    Adjourned 12:25 p.m.
;    [KLL EOD 06/28/2001]