MINUTE ENTRY   PROCEEDINGS: JURY TRIAL - Day 7

Jurors began deliberation at 9:00 a.m.

U.S. Marshal escorted the jurors to lunch at 11:30 a.m. and they reconvened to continue deliberation at 1:00 p.m.

At 3:50 p.m. counsel were notified that the Court had received a note from the jurors.  At 4:00 p.m. Attorney Cushnie was present with defendant Cassiday. Attorney Bickerton appeared by telephone and Plaintiff Jorgensen was present in the Courtroom.

Outside the presence of the jurors, Court reported that he had received a note with a question.  The note was read and the issue was discussed.  Court called the jurors into the Courtroom and responded to their question.  Jurors were ordered to return to their deliberation room to continue deliberation.

Court recessed at 4:15 p.m. and reconvened at 4:30 p.m.  Attorney Bickerton appeared by phone and all other parties appeared in person.

Court excused the jurors for the evening and ordered them to return to continue deliberation at 9:00 a.m. on Thursday, July 5, 2001.

     Adjourned 4:40 p.m.
;    [MCM EOD 07/03/2001]