MINUTE ENTRY   PROCEEDINGS: JURY TRIAL - Day 9

Jurors began deliberation at 9:00 a.m.

U.S. Marshal escorted the jurors to lunch at 11:30 a.m. and they reconvened to continue deliberation at 1:00 p.m.

At 2:25 p.m. Court received a note that the jury had reached a verdict. All counsel were notified and either appeared in person in the Courtroom or via telephone. Jurors were brought into the Courtroom at 2:50 p.m.

The special verdict was read as follows:

1. Did Plaintiff Jorgensen sustain damages as a result of the breaches by Defendant Cassiday?  Yes.

2. State the amount of economic damages, if any, awarded to Plaintiff Jorgensen as a result of the breaches by Defendant Cassiday. $83,333.33

3. State the amount of non-economic damages, if any, awarded to Plaintiff Jorgensen as a result of the breaches by Defendant Cassiday. $ 0

4. Should punitive damages be awarded against Defendant Cassiday? No.

5. (Skipped)

6. Did Plaintiff Jorgensen sustain damages as a result of the breaches by Defendant Laurel?  No.

Dated: Saipan, MP July 6, 2001 and signed by the Jury Foreperson.

Attorney Bickerton requested that the jurors be polled. Jurors were polled by the Courtroom Deputy. The verdict was unanimous.

The jurors were thanked and excused.


	Adjourned 3:00 p.m.
;    [KLL EOD 07/06/2001]