MINUTE ENTRY PROCEEDINGS: MOTION FOR ORDER PERMITTING NUNC PRO TUNC FILING OF SUPPLEMENTAL MEMORANDA/MOTION TO STRIKE/MOTION FOR JUDGMENT AS A MATTER OF LAW/ MOTION FOR AWARD OF ATTORNEY FEES

Plaintiff was represented by Attorney Bickerton. Defendants were represented by Attorney Douglas Cushnie. Plaintiff Bruce Jorgensen appeared by telephone.

Court inquired if declarant Ogumoro was in the Courtroom. Attorney Bickerton replied that she was in the Courtroom.

Clara Taisacan Ogomoro was sworn.

Attorney Cushnie called witness:

CLARA TAISACAN OGUMORO. DX. CX.

Clara Taisacan requested that her declaration be withdrawn because it was a false statement. Court denied the motion and instructed the Clerk to refer the names of Clara Taisacan Ogumoro and Celina Mettao to the United States Attorneys Office for investigation of perjury.

Attorney Cushnie called witness:

JACINTA QUITUGUA KAPILEO. DX. CX.
Attorney Cushnie called witness:

LUCY DELEON GUERRERO. DX. CX.

Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.

; [KLL EOD 10/12/2001]