FILED
Clerk
District Court

OCT 26 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BRUCE LEE JORGENSEN, | CIVIL CASE NO. 99-0025 |
| Plaintiff, | |
| vs. | NOTICE OF RELEASE OF EXHIBITS |
| BENJAMIN B. CASSIDY III., et al., | |
| Defendant. | |

James J. Bickerton
Three Waterfront Plaza, Suite 500
500 Ala Moana Blvd.
Honolulu, HI 96813

Douglas F. Cushnie
P.O. Box 500949
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this __26th__ day of __October__, 2005

By: _____
GALO L. PEREZ
Clerk of Court
U.S. District Court
Northern Mariana Islands

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| BRUCE LEE JORGENSEN -v- BENJAMIN B. CASSIDAY III, ET AL | | District Court<br>NORTHERN MARIANA ISLANDS |
| **Plaintiff's Attorney**<br>JAMES J. BICKERTON, Esq. | **Defendant's Attorney**<br>DOUGLAS F. CUSHNIE, Esq. | Docket Number: CV-99-0025<br>Trial Date(s): 06/25/01 thru 06/29/01 |
| **Presiding Judge**<br>HONORABLE ALEX R. MUNSON | **Court Reporter**<br>SANAE N. SHMULL | **Courtroom Deputy**<br>K. LYNN LEMIEUX |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (1) RICHARD K. MIRIKITANI - 06/25/01 |
| | | | | | (2) BRUCE LEE JORGENSEN - 06/25/01 |
| 23 | | 06/25/01 | 06/25/01 | 06/25/01 | Memorandum |
| 25 | | 06/25/01 | 06/25/01 | 06/25/01 | Copy of the Wall Street Journal article re: Larry Hillblom. |
| 30 | | 06/25/01 | 06/25/01 | 06/25/01 | Series of six photographs taken in Vietnam |
| 53 | | 06/25/01 | 06/25/01 | 06/25/01 | Deposition Subpoena - Subpoena Duces Tecum |
| 54 | | 06/25/01 | 06/25/01 | 06/25/01 | Summons from IRS to Bruce Jorgensen |
| 1 | | 06/26/01 | 06/26/01 | 06/26/01 | Transcript of conversation between Bruce and Ben |
| | | | | | 3) NEIL TANAKA - 06/26/01 |
| | | | | | 4) BENJAMIN B. CASSIDAY, III - 06/26/01 |
| | | | | | 5) PAUL MANGLONA - 06/26/01 |
| | | | | | 6) JOHN PERKIN - 06/26/01 |
| 29 | | 06/26/01 | 06/26/01 | 06/26/01 | Contingency Fee Contract |
| 34 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Benjamin Cassiday, III |
| 41 | | 06/26/01 | 06/26/01 | 06/26/01 | Handwritten letter written by Ben Cassiday |
| 43 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Scott Thomas |
| 44 | | 06/26/01 | 06/26/01 | | Application of Bruce Lee Jorgensen for Pro Hac Vice Admission |
| 48 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Daniel Rapaport, Esq. Dated 04/28/97 |
| 67 | | 06/26/01 | 06/26/01 | 06/26/01 | Memorandum prepared by Jorgensen re: Larry Hillblom |
| 68 | | 06/26/01 | 06/26/01 | 06/26/01 | Information prepared by Jorgensen re: Hillblom |
| 69 | | 06/26/01 | 06/26/01 | 06/26/01 | Memorandum prepared by Jorgensen re: Hillblom |
| 70 | | 06/26/01 | 06/26/01 | 06/26/01 | Memorandum prepared by Jorgensen re: Hillblom |
| 72 | | 06/26/01 | 06/26/01 | 06/26/01 | Agreement to Provide Protection and Security |
| 81 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Joey Marfori from Mr. Perkin |
| 74 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Bartko law firm |
| 75 | | 06/26/01 | 06/26/01 | 06/26/01 | Draft reply of Cassiday to the Bartko letter |
| 13 | | 06/26/01 | 06/26/01 | 06/26/01 | Amendment to and Restated Limited Option Agreement |
| 101 | | 06/27/01 | 06/27/01 | 06/27/01 | Five Audio Tapes |
| | | | | | DEFENDANTS' WITNESSES<br>A) CARLITOS L. RUIZ |
| 71 | | 06/27/01 | 06/27/01 | 06/27/01 | Letter to Benjamin Cassiday from Carlitos Ruiz |
| 102 | | 06/27/01 | 06/27/01 | | Memorandum dated May 7, 1996 to Joey and Lito |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 103 |   | 06/27/01 | 06/27/01 |   | Markings from the back of Ex. 71 |
| 104 |   | 06/27/01 | 06/27/01 |   | Letter dated 6/6/00 from Carlitos L. Ruiz to Mr. Benjamin C. Cassiday |
| 105 |   | 06/27/01 | 06/27/01 | 06/27/01 | Letter dated 10/3/93 |
| 106 |   | 06/27/01 | 06/27/01 | 06/27/01 | Letter dated 09/28/96 |
| 107 |   | 06/27/01 | 06/27/01 | 06/27/01 | Handwritten letter from Benjamin Cassiday |
| 108 |   | 06/27/01 | 06/27/01 | 06/27/01 | Xerox copy of check in the amount of $5,000 |
| 109 |   | 06/27/01 | 06/27/01 | 06/27/01 | Xerox copy of check with handwriting of Jose Marfori |
| 110 |   | 06/27/01 | 06/27/01 | 06/27/01 | May 10th Letter from Ruiz to Cassiday |
| 111 |   | 06/27/01 | 06/27/01 | 06/27/01 | June 30 Memorandum to Dr. Laurel |
|   |   |   |   |   | **B) BENJAMIN B. CASSIDAY, III** |
|   | A | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 1 (Side A) |
|   | B | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 1 (Side B) |
|   | C | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 2 (Side A) |
|   | D | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 2 (Side B) |