F I L E D
Clerk
District Court

NOV - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BRUCE LEE JORGENSEN, ) | CIVIL CASE NO. 99-0025 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | EXHIBIT WITHDRAWAL RECEIPT |
| ) | |
| BENJAMIN B. CASSIDAY, III, et al. ) | |
| ) | |
| Defendant. ) | |

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED DEFENDANT'S EXHIBIT LIST

Dated: 11/8/05, 2005

Acknowledge by: _____
Douglas F. Cushnie
P.O. Box 500949
Saipan, MP 96950

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk

AO 187

## EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| BRUCE LEE JORGENSEN -v- BENJAMIN B. CASSIDAY III, ET AL | | District Court<br>NORTHERN MARIANA ISLANDS |
| **Plaintiff's Attorney**<br>JAMES J. BICKERTON, Esq. | **Defendant's Attorney**<br>DOUGLAS F. CUSHNIE, Esq. | Docket Number: CV-99-0025<br>Trial Date(s): 06/25/01 thru 06/29/01 |
| **Presiding Judge**<br>HONORABLE ALEX R. MUNSON | **Court Reporter**<br>SANAE N. SHMULL | **Courtroom Deputy**<br>K. LYNN LEMIEUX |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (1) RICHARD K. MIRIKITANI - 06/25/01 |
| | | | | | (2) BRUCE LEE JORGENSEN - 06/25/01 |
| 23 | | 06/25/01 | 06/25/01 | 06/25/01 | Memorandum |
| 25 | | 06/25/01 | 06/25/01 | 06/25/01 | Copy of the Wall Street Journal article re: Larry Hillblom. |
| 30 | | 06/25/01 | 06/25/01 | 06/25/01 | Series of six photographs taken in Vietnam |
| 53 | | 06/25/01 | 06/25/01 | 06/25/01 | Deposition Subpoena - Subpoena Duces Tecum |
| 54 | | 06/25/01 | 06/25/01 | 06/25/01 | Summons from IRS to Bruce Jorgensen |
| 1 | | 06/26/01 | 06/26/01 | 06/26/01 | Transcript of conversation between Bruce and Ben |
| | | | | | 3) NEIL TANAKA - 06/26/01 |
| | | | | | 4) BENJAMIN B. CASSIDAY, III - 06/26/01 |
| | | | | | 5) PAUL MANGLONA - 06/26/01 |
| | | | | | 6) JOHN PERKIN - 06/26/01 |
| 29 | | 06/26/01 | 06/26/01 | 06/26/01 | Contingency Fee Contract |
| 34 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Benjamin Cassiday, III |
| 41 | | 06/26/01 | 06/26/01 | 06/26/01 | Handwritten letter written by Ben Cassiday |
| 43 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Scott Thomas |
| 44 | | 06/26/01 | 06/26/01 | | Application of Bruce Lee Jorgensen for Pro Hac Vice Admission |
| 48 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Daniel Rapaport, Esq. Dated 04/28/97 |
| 67 | | 06/26/01 | 06/26/01 | 06/26/01 | Memorandum prepared by Jorgensen re: Larry Hillblom |
| 68 | | 06/26/01 | 06/26/01 | 06/26/01 | Information prepared by Jorgensen re: Hillblom |
| 69 | | 06/26/01 | 06/26/01 | 06/26/01 | Memorandum prepared by Jorgensen re: Hillblom |
| 70 | | 06/26/01 | 06/26/01 | 06/26/01 | Memorandum prepared by Jorgensen re: Hillblom |
| 72 | | 06/26/01 | 06/26/01 | 06/26/01 | Agreement to Provide Protection and Security |
| 81 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Joey Marfori from Mr. Perkin |
| 74 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Bartko law firm |
| 75 | | 06/26/01 | 06/26/01 | 06/26/01 | Draft reply of Cassiday to the Bartko letter |
| 13 | | 06/26/01 | 06/26/01 | 06/26/01 | Amendment to and Restated Limited Option Agreement |
| 101 | | 06/27/01 | 06/27/01 | 06/27/01 | Five Audio Tapes |
| | | | | | DEFENDANTS' WITNESSES<br>A) CARLITOS L. RUIZ |
| 71 | | 06/27/01 | 06/27/01 | 06/27/01 | Letter to Benjamin Cassiday from Carlitos Ruiz |
| 102 | | 06/27/01 | 06/27/01 | | Memorandum dated May 7, 1996 to Joey and Lito |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 103 | | 06/27/01 | 06/27/01 | | Markings from the back of Ex. 71 |
| 104 | | 06/27/01 | 06/27/01 | | Letter dated 6/6/00 from Carlitos L. Ruiz to Mr. Benjamin C. Cassiday |
| 105 | | 06/27/01 | 06/27/01 | 06/27/01 | Letter dated 10/3/93 |
| 106 | | 06/27/01 | 06/27/01 | 06/27/01 | Letter dated 09/28/96 |
| 107 | | 06/27/01 | 06/27/01 | 06/27/01 | Handwritten letter from Benjamin Cassiday |
| 108 | | 06/27/01 | 06/27/01 | 06/27/01 | Xerox copy of check in the amount of $5,000 |
| 109 | | 06/27/01 | 06/27/01 | 06/27/01 | Xerox copy of check with handwriting of Jose Marfori |
| 110 | | 06/27/01 | 06/27/01 | 06/27/01 | May 10th Letter from Ruiz to Cassiday |
| 111 | | 06/27/01 | 06/27/01 | 06/27/01 | June 30 Memorandum to Dr. Laurel |
| | | | | | B) BENJAMIN B. CASSIDAY, III |
| | A | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 1 (Side A) |
| | B | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 1 (Side B) |
| | C | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 2 (Side A) |
| | D | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 2 (Side B) |