FILED
Clerk
District Court

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

DEC - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| BRUCE JORGENSEN, | ) | CIVIL CASE NO. 99-0025 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| BENJAMIN CASSIDAY, III, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this _8th_ day of _Dec_____, 2005.

Galo L. Perez, Clerk of Court

By: _____
    Deputy Clerk

AO 187

## EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| BRUCE LEE JORGENSEN -v- BENJAMIN B. CASSIDAY III, ET AL | | District Court<br>NORTHERN MARIANA ISLANDS |
| Plaintiff's Attorney<br>JAMES J. BICKERTON, Esq. | Defendant's Attorney<br>DOUGLAS F. CUSHNIE, Esq. | Docket Number: CV-99-0025<br>Trial Date(s): 06/25/01 thru 06/29/01 |
| Presiding Judge<br>HONORABLE ALEX R. MUNSON | Court Reporter<br>SANAE N. SHMULL | Courtroom Deputy<br>K. LYNN LEMIEUX |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (1) RICHARD K. MIRIKITANI - 06/25/01 |
| | | | | | (2) BRUCE LEE JORGENSEN - 06/25/01 |
| 23 | | 06/25/01 | 06/25/01 | 06/25/01 | Memorandum |
| 25 | | 06/25/01 | 06/25/01 | 06/25/01 | Copy of the Wall Street Journal article re: Larry Hillblom. |
| 30 | | 06/25/01 | 06/25/01 | 06/25/01 | Series of six photographs taken in Vietnam |
| 53 | | 06/25/01 | 06/25/01 | 06/25/01 | Deposition Subpoena - Subpoena Duces Tecum |
| 54 | | 06/25/01 | 06/25/01 | 06/25/01 | Summons from IRS to Bruce Jorgensen |
| 1 | | 06/26/01 | 06/26/01 | 06/26/01 | Transcript of conversation between Bruce and Ben |
| | | | | | 3) NEIL TANAKA - 06/26/01 |
| | | | | | 4) BENJAMIN B. CASSIDAY, III - 06/26/01 |
| | | | | | 5) PAUL MANGLONA - 06/26/01 |
| | | | | | 6) JOHN PERKIN - 06/26/01 |
| 7 | | 06/26/01 | 06/26/01 | 06/26/01 | Contingency Fee Contract |
| 34 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Benjamin Cassiday, III |
| 41 | | 06/26/01 | 06/26/01 | 06/26/01 | Handwritten letter written by Ben Cassiday |
| 43 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Scott Thomas |
| 44 | | 06/26/01 | 06/26/01 | | Application of Bruce Lee Jorgensen for Pro Hac Vice Admission |
| 48 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Daniel Rapaport, Esq. Dated 04/28/97 |
| 67 | | 06/26/01 | 06/26/01 | 06/26/01 | Memorandum prepared by Jorgensen re: Larry Hillblom |
| 68 | | 06/26/01 | 06/26/01 | 06/26/01 | Information prepared by Jorgensen re: Hillblom |
| 69 | | 06/26/01 | 06/26/01 | 06/26/01 | Memorandum prepared by Jorgensen re: Hillblom |
| 70 | | 06/26/01 | 06/26/01 | 06/26/01 | Memorandum prepared by Jorgensen re: Hillblom |
| 72 | | 06/26/01 | 06/26/01 | 06/26/01 | Agreement to Provide Protection and Security |
| 81 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Joey Marfori from Mr. Perkin |
| 74 | | 06/26/01 | 06/26/01 | 06/26/01 | Letter to Bartko law firm |
| 75 | | 06/26/01 | 06/26/01 | 06/26/01 | Draft reply of Cassiday to the Bartko letter |
| 13 | | 06/26/01 | 06/26/01 | 06/26/01 | Amendment to and Restated Limited Option Agreement |
| 101 | | 06/27/01 | 06/27/01 | 06/27/01 | Five Audio Tapes |
| | | | | | DEFENDANTS' WITNESSES<br>A) CARLITOS L. RUIZ |
| 71 | | 06/27/01 | 06/27/01 | 06/27/01 | Letter to Benjamin Cassiday from Carlitos Ruiz |
| | 2 | 06/27/01 | 06/27/01 | | Memorandum dated May 7, 1996 to Joey and Lito |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 103 | | 06/27/01 | 06/27/01 | | Markings from the back of Ex. 71 |
| 31 | | 06/27/01 | 06/27/01 | | Letter dated 6/6/00 from Carlitos L. Ruiz to Mr. Benjamin C. Cassiday |
| 105 | | 06/27/01 | 06/27/01 | 06/27/01 | Letter dated 10/3/93 |
| 106 | | 06/27/01 | 06/27/01 | 06/27/01 | Letter dated 09/28/96 |
| 107 | | 06/27/01 | 06/27/01 | 06/27/01 | Handwritten letter from Benjamin Cassiday |
| 108 | | 06/27/01 | 06/27/01 | 06/27/01 | Xerox copy of check in the amount of $5,000 |
| 109 | | 06/27/01 | 06/27/01 | 06/27/01 | Xerox copy of check with handwriting of Jose Marfori |
| 110 | | 06/27/01 | 06/27/01 | 06/27/01 | May 10th Letter from Ruiz to Cassiday |
| 111 | | 06/27/01 | 06/27/01 | 06/27/01 | June 30 Memorandum to Dr. Laurel |
| | | | | | B) BENJAMIN B. CASSIDAY, III |
| | A | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 1 (Side A) |
| | B | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 1 (Side B) |
| | C | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 2 (Side A) |
| | D | 06/29/01 | 06/29/01 | 06/29/01 | Transcript of Portions of Tape 2 (Side B) |